DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL LEMUS SERVIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-01178-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 17). |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 1, 2023 to May 1, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of February 27, 2023, and March 6, 2023, Counsel currently has 10 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

1    Additionally, undersigned Counsel is currently in Texas caring for her terminally ill
2 father as Counsel is a primary caregiver.
3    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
4 and Court for any inconvenience this may cause.

                                         Respectfully submitted,

6 Dated: February 27, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

8                                 By: */s/ Dolly M. Trompeter*
                                      DOLLY M. TROMPETER
9                                     Attorneys for Plaintiff


11 Dated: February 28, 2023        PHILLIP A. TALBERT
12                                  United States Attorney
                                    PETER K. THOMPSON
13                                  Acting Regional Chief Counsel, Region IX
14                                  Social Security Administration


16                                 By:  */s/ Marcelo N. Illarmo
                                       Marcelo N. Illarmo
17                                     Special Assistant United States Attorney
                                       Attorneys for Defendant
18                                     (*As authorized by email on Feb. 28, 2023)

2

**ORDER**

Based on the parties' stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall have a 60-day extension of time, from March 1, 2023, to May 1, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: __**March 2, 2023**__                      /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE